UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James D. Pahoundis,

    Plaintiff,

v.

Coshocton County Job
And Family Services a/k/a
Coshocton Welfare Dept.,
et al.,

    Defendants.

Civil Action 2:19-cv-176
Judge Michael H. Watson
Chief Magistrate Judge Elizabeth
P. Deavers

## ORDER

On January 22, 2019, Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending the Court dismiss this action in its entirety. R&R, ECF No. 3. The R&R notified Plaintiff of his right to object within fourteen days and of the consequences for failing to do so. *Id.* at 6. Namely, the R&R notified Plaintiff that a failure to timely object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the judgment of the District Court. *Id.* The time for filing objections has passed, and none were filed. Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review and **DISMISSES WITHOUT PREJUDICE** this action in its entirety. The Clerk shall enter judgment for Defendant and terminate this case.

**IT IS SO ORDERED.**

                                        /s/ Michael H. Watson
                                        MICHAEL H. WATSON, JUDGE
                                        UNITED STATES DISTRICT COURT